AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>2:18-CR-910 | Date and time warrant executed:<br>28may18  1800 | Copy of warrant and inventory left with:<br>Google, Inc |
| Inventory made in the presence of :<br>NA | | |
| Inventory of the property taken and name of any person(s) seized: | | |

digital information pertaining to email account "richhomiefive@gmail.com"

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 28may18 -sent
9Jun18 -received

_Executing officer's signature_

Richard B Struss Special Agent
_Printed name and title_